ORIGINAL

RECEIVED
MAR 1 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

ECF

Cover Sheet

05- 270C

Plaintiff(s) or Petitioner(s)
General Dynamics Land Systems, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): David A. Churchill
Firm Name: Jenner & Block, LLP
Post Office Box:
Street Address: 601 13th Street, NW, Suite 1200 South
City-State-Zip: Washington, D.C. 20009
Telephone & Facsimile Numbers: Phone: 202-639-6056; Fax 202-637-6370

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: [1 ] [1 ] [ 4]
Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: [ D] [O ] [D ]
See attached sheet for three digit codes.

Amount Claimed: $ $1,638,906
Use estimate if specific amount is not pleaded ..

Vaccination Date (vaccine cases only) ____________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.