**DEFENSE CONTRACT MANAGEMENT AGENCY**
DEFENSE CONTRACT MANAGEMENT AGENCY - GDLS
Combat Vehicle Systems Team - DACO Group Suboffice
6000 E. 17 Mile Road MZ 435-04-15
Sterling Heights, MI 48313-4500

IN REPLY
REFER TO DCMA GDLS – Combat Vehicle Systems Team
ATTN: DCMAE-GJQC, DACO Group Suboffice

February 14, 2005
DACO #05-0001

Mr. Norman Dilworth
General Dynamics Land Systems, Inc.
P.O. Box 2074
Warren, MI 48090-2074

Subject: Final Decision on Executive Compensation for Various Contracts Listed in Attachment A

Dear Mr. Dilworth:

Reference:

a. GDLS Correspondence #MPA 03-1669 dated October 6, 2003, Request for Equitable Adjustments Under Various Contracts for Costs Improperly Subjected to Executive Compensation Cap;
b. GDLS Correspondence #MPA 03-1669R dated November 7, 2003, Claim under Various Contracts for Costs Improperly Subjected to Executive Compensation Cap;
c. GDLS Correspondence #MPA-04-1396 dated October 29, 2004, Deemed Denial of Executive Compensation Cap Claim

On or about November 7, 2003, General Dynamics Land Systems ("GDLS") submitted a claim for $1,638,906 in executive compensation that had allegedly been improperly limited by a statutory cap during the period 1998-2002.

GDLS's contracts with the Government are subject to a statutory limitation on executive compensation per 10 U.S.C. 2324(e)(1)(P) that makes unallowable any costs GDLS incurs in compensating its senior executives that exceed the compensation benchmark (limit) set for the fiscal year for the Administrator for Federal Procurement Policy under Section 30 of the Office of Federal Procurement Policy Act (41 U.S.C. 435). Because the executive compensation costs claimed by GDLS exceed the statutory benchmark (limit) by $1,638,906, those costs in excess of the benchmark (limit) are unallowable. As a Contracting Officer, I am bound by the statute and do not have any authority to make this expressly unallowable cost allowable.

Subject: Final Decision on Executive Compensation for Various Contracts Listed in Attachment A

Therefore, it is my final decision that $1,638,906 of GDLS's executive compensation costs are unallowable, and to that extent, your claim is denied. A listing of the contracts to which this Contracting Officer's Final Decision applies is included at Attachment A. Please be advised that this final decision does not imply the executive compensation costs are reasonable or would otherwise be allowable absent the statutory limitation.

This is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within ninety (90) days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, reference this decision, and identify the contract(s) by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Action of 1978, 41 U.S.C. 603, regarding Maritime Contracts) within twelve (12) months of the date you receive this decision.

1 Attachment

Sincerely,

2/14/05

TRUDY H. MORENCY, CPCM
Divisional Administrative Contracting Officer

CF:
DCMA Detroit/Mr. Holtz
DCE/Mr. Weber
DCAA