IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GENERAL DYNAMICS LAND SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-270C |
| v. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests an enlargement of time of 30 days, to and including June 1, 2005, within which to respond to the complaint filed in this case. The Government's response to the complaint presently is due on May 2, 2005. This is our first request for an enlargement of time for this purpose. Plaintiff does not oppose this requested enlargement of time.

This case involves a claim that is governed by the Contract Disputes Act of 1978, as amended (41 U.S.C. §§ 601-12) (CDA), arising under or relating to contracts between plaintiff, General Dynamics Land Systems, Inc. (GDLS), and the United States. The complaint alleges that Section 808 of the National Defense Authorization Act for Fiscal Year 1998, Pub. L. No. 105-85, 111 Stat. 1629) (*codified at* 10 U.S.C. § 2324(e)(1)(P)) breached, or resulted in a breach, of certain GDLS flexibly-priced Government contracts. GDLS seeks to recover $1,638,906, plus interest under the CDA.

Upon receipt of the complaint, defendant's counsel promptly forwarded the complaint to the Defense Contract Management Agency (DCMA), the interested agency, with a request for a litigation report and a suggested response to the complaint, pursuant to 28 U.S.C. § 520 (2004).[1] Agency counsel assigned to this case, who is located at Ft. Snelling, Minnesota, has advised defendant's counsel that he will not be able to provide defendant's counsel with the requested litigation report until mid-May 2005. The DCMA official with whom agency counsel has been working on this case was out of the office for one week and agency counsel himself will be away from his office for two weeks on other work commitments. Defendant's counsel, therefore, needs an additional 30 days within which to obtain the requested litigation report from DCMA, complete his consultations with agency counsel, and prepare and file the Government's response to the complaint.

For the foregoing reasons, defendant's motion for an enlargement of time to respond to the complaint should be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs."

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

DOUGLAS JACOBSON, ESQ.
Contract Disputes Resolution Center
Defense Contract Management Agency
Ft. Snelling, MN

APRIL 12, 2005