# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

GENERAL DYNAMICS LAND SYSTEMS, INC.,

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 05-270C**
**Filed: August 1, 2005**

**O R D E R**

The court is in receipt of the parties' joint preliminary status report. To discuss the parties' report and the future proceedings of this case, the court **ORDERS** the parties to appear at a status conference on **Monday, August 15, 2005, at 2:30 p.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel, Mr. Churchill, at 202-639-6000, and defendant's counsel, Mr. Kosloske, at 202-307-0282. Neither party shall file a dispositive motion before the status conference.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**