IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GENERAL DYNAMICS LAND SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-270C |
| v. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STIPULATION OF LIABILITY

Defendant, the United States, stipulates that the enactment of section 808 of the National Defense Authorization Act for Fiscal Year 1998, Pub. L. No. 105-85, 111 Stat. 1629, 1836-38 (November 18, 1997) breached, or resulted in the breach of, the following contracts among the "Affected Contracts" referred to at ¶ 1 of the Complaint filed in the above-captioned action:

Contract No. DAAE07-96-C-X195
Contract No. M67854-96-C-0038
Contract No. DAAM01-96-C-0028 (only as to CPFF Line Items 0003, 0048)
Contract No. DAAE07-94-C-0727
Contract No. DAAA09-94-C-0444
Contract No. DAAE07-92-C-0957
Contract No. DAAE07-92-C-0282
Contract No. DAAE07-93-C-R102
Contract No. DAAE07-90-C-A001
Contract No. DAAE07-83-C-A007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

DOUGLAS JACOBSON, ESQ.
Contract Disputes Resolution Center
Defense Contract Management Agency
Ft. Snelling, MN

AUGUST 16, 2005