**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| GENERAL DYNAMICS LAND SYSTEMS, INC | ) | |
| Plaintiff, | ) | No. 05-270C (Judge Horn) |
| v. | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| Defendant. | ) | |

**PLAINTIFF'S STIPULATION REDUCING THE LIST OF CONTRACTS AFFECTED BY DEFENDANT'S BREACH OF CONTRACT**

Plaintiff, General Dynamics Land Systems, Inc. ("GDLS"), hereby stipulates deletion from its list of "Affected Contracts" three contracts:

Contract No. DAAE07-94-C-A006
Contract No. DAAE07-95-C-X070
Contract No. MGDL-93-C-0002

GDLS' claim underlying this action attached a list of contracts affected by Defendant's breach of contract (the "Affected Contracts") (Attachment 1). The aggregate financial impact of the breach of all Affected Contracts is the quantum sought by GDLS in this case: $1,638,906 (plus CDA interest).

In the meeting of counsel on the draft joint preliminary status report, counsel for Defendant pointed out that three of the Affected Contracts are, for various reasons, not eligible for inclusion in the list.

GDLS agrees, and for that reason these contracts are hereby removed from the list of Affected Contracts. The downward adjustment to GDLS's demand for breach damages in the complaint is hereby reduced by $79,856 to account for deletion of these three contracts.

Dated:

August 17, 2005

Respectfully submitted,

David A. Churchill
JENNER & BLOCK LLP
Suite 1200
601 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 639-6000
Fax: (202) 637-6370

Of Counsel:
Kevin C. Dwyer
Jessica Tillipman
JENNER & BLOCK LLP
Suite 1200
601 Thirteenth Street, NW
Washington, DC 20005
Telephone: 202-639-6000
Fax: (202) 637-6370

# ATTACHMENT 1

# GENERAL DYNAMICS

Attachment B
Page 1 of 2

## Land Systems
## Affected Contracts

| Calendar Year | Prime / Subcontractor | Contract Number | Contract Description | Award Date | Contract Type |
|---|---|---|---|---|---|
| 1998 | Prime | DAAA09-94-C-0444 | TURRET DRIVE | 8/25/1997 | CR |
| 1998 | Prime | DAAE07-83-E-A007 | SCRANTON FACILITIES | 2/16/1983 | CR |
| 1998 | Prime | DAAE07-90-E-A001 | LIMA FACILITIES | 3/22/1994 | CR |
| 1998 | Prime | DAAE07-93-C-R102 | SIGNATURE MGMT PROG CLASSIFIED | 9/30/1997 | CPFF |
| 1998 | Prime | DAAE07-94-C-0262 | TACOM INTERIM LOGISTICS SUP | 4/22/1994 | CPFF |
| 1998 | Prime | DAAE07-94-C-0727 | HAB - ASEP (SVTP) | 6/30/1995 | CPFF |
| 1998 | Prime | DAAE07-94-C-0727 | HAB - ASEP (SVTP) | 8/8/1996 | CPFF |
| 1998 | Prime | DAAE07-96-C-X196 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 1998 | Prime | DAAE07-96-C-X196 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 1998 | Prime | DAAE07-96-C-X196 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 1998 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 1998 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 1998 | Prime | DAAE07-96-C-X196 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 1998 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/26/1996 | CPFF |
| 1998 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 1998 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 11/15/1996 | CPFF |
| 1998 | Prime | DAAM01-96-C-0028 | FOX BLOCK 1 UPGRADE | 6/24/1996 | CPFF |
| 1998 | Prime | DAAM01-96-C-0028 | FOX BLOCK 1 UPGRADE | 12/10/1996 | CPFF |
| 1998 | Prime | DAAM01-96-C-0028 | FOX BLOCK 1 UPGRADE | 6/24/1996 | CPFF |
| 1998 | Prime | M67854-96-C-0038 | AAAV DEM/VAL | 6/13/1996 | CPAF |
| | | | sub-total GDLS | | |
| 1998 | Prime | MDOL-93-C-0002 | M1A1 FOR SAUDI ARABIA | 10/18/1993 | CR |
| 1998 | Prime | DAAE07-94-C-A006 | M1A2 CLS FOR KUWAIT | 1/1/1994 | CPFF |
| 1998 | Prime | DAAE07-92-C-0957 | EGYPT MTA ASSISTANCE FOR GDSC | 5/12/1994 | CPFF |
| 1998 | Prime | DAAE07-92-C-0957 | EGYPT MTA ASSISTANCE FOR GDSC | 5/12/1994 | CPFF |
| 1998 | Prime | DAAE07-92-C-0957 | EGYPT MTA ASSISTANCE FOR GDSC | 5/12/1994 | CPFF |
| 1998 | Prime | DAAE07-92-C-0957 | EGYPT MTA ASSISTANCE FOR GDSC | 6/26/1996 | CPFF |
| | | | sub-total CSSC | | |
| 1998 | Prime | M67854-96-C-0038 | AAAV DEM/VAL | 6/13/1996 | CPAF |
| | | | sub-total GDAMS | | |
| 1999 | Prime | M67854-96-C-0038 | AAAV DEM/VAL | 6/13/1996 | CPAF |
| 1999 | Prime | DAAM01-96-C-0028 | FOX BLOCK 1 UPGRADE | 12/13/1996 | CPFF |
| 1999 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 1999 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 1999 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 1999 | Prime | DAAE07-96-C-X196 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 1999 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 1999 | Prime | DAAE07-96-C-X196 | 96-01 TECHNICAL SUPPORT | 11/15/1996 | CPFF |
| 1999 | Prime | DAAE07-94-C-0727 | HAB - ASEP (SVTP) | 6/30/1995 | CPFF |
| 1999 | Prime | DAAE07-94-C-0727 | HAB - ASEP (SVTP) | 8/8/1996 | CPFF |
| 1999 | Prime | DAAE07-94-C-0727 | HAB - ASEP (SVTP) | 8/25/1997 | CPFF |
| | | | sub-total GDLS | | |
| 1999 | Prime | DAAE07-92-C-0957 | EGYPT MTA ASSISTANCE FOR GDSC | 5/12/1994 | CPFF |
| 1999 | Prime | DAAE07-92-C-0957 | EGYPT MTA ASSISTANCE FOR GDSC | 5/12/1994 | CPFF |
| 1999 | Prime | DAAE07-92-C-0957 | EGYPT MTA ASSISTANCE FOR GDSC | 5/12/1994 | CPFF |
| 1999 | Prime | DAAE07-92-C-0957 | EGYPT MTA ASSISTANCE FOR GDSC | 6/26/1996 | CPFF |
| 1999 | Prime | DAAE07-94-C-A006 | M1A2 CLS FOR KUWAIT | 1/1/1994 | CPFF |
| 1999 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 1999 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 1999 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 1999 | Prime | M67854-96-C-0038 | AAAV DEM/VAL | 6/13/1996 | CPAF |
| 1999 | Prime | MDOL-93-C-0002 | MDOL G & A CONTACT | 10/18/1993 | CR |
| | | | sub-total CSSC | | |
| 1999 | Prime | M67854-96-C-0038 | AAAV DEM/VAL | 6/13/1996 | CPAF |
| 1999 | Prime | M67854-96-C-0038 | AAAV DEM/VAL | 6/18/1996 | CPFF |
| | | | sub-total GDAMS | | |
| 2000 | Prime | DAAE07-90-E-A001 | LIMA FACILITIES | 3/22/1992 | CR |
| 2000 | Prime | DAAE07-90-E-A001 | LIMA FACILITIES | 10/27/1993 | CR |
| 2000 | Prime | DAAE07-94-C-0727 | HAB - ASEP (SVTP) | 8/25/1997 | CPFF |
| 2000 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 2000 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 2000 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 2000 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |

COMPANY SENSITIVE INFORMATION

# GENERAL DYNAMICS

Attachment B
Page 2 of 2

## Land Systems
## Affected Contracts

| Calendar Year | Prime / Subcontractor | Contract Number | Contract Description | Award Date | Contract Type |
|---|---|---|---|---|---|
| 2000 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 2000 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 2000 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 11/15/1996 | CPFF |
| | | | sub-total GDLS | | |
| 2000 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 2000 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 2000 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| | | | sub-total CSSC | | |
| 2000 | Prime | M67854-96-C-0038 | AAAV DEMVAL | 6/13/1996 | CPAF |
| 2000 | Prime | M67854-96-C-0038 | AAAV DEMVAL | 3/18/1996 | CPFF |
| | | | sub-total GDAMS | | |
| 2001 | Prime | DAAE07-90-E-A001 | LIMA FACILITIES | 10/27/1993 | CR |
| 2001 | Prime | DAAE07-90-E-A001 | LIMA FACILITIES | 3/22/1994 | CR |
| 2001 | Prime | DAAE07-95-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1998 | CPFF |
| 2001 | Prime | DAAE07-96-C-X196 | 96-01 TECHNICAL SUPPORT | 9/26/1999 | CPFF |
| 2001 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1998 | CPFF |
| 2001 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/26/1998 | CPFF |
| 2001 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 8/25/1996 | CPFF |
| 2001 | Prime | DAAE07-96-C-X190 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 2001 | Prime | DAAE07-95-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 2001 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 11/15/1996 | CPFF |
| 2001 | Prime | M67854-96-C-0038 | AAAV DEMVAL | 6/13/1996 | CPAF |
| | | | sub-total GDLS | | |
| 2001 | Prime | DAAE07-95-C-X070 | KUWAIT MAINTENANCE & SUPPLY | 6/25/1995 | FFPE |
| 2001 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 2001 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/1996 | CPFF |
| 2001 | Prime | DAAE07-94-C-A000 | M1A2 CLS FOR KUWAIT | 1/1/1996 | CPFF |
| 2001 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 2/3/1997 | CPFF |
| | | | sub-total CSSC | | |
| 2001 | Prime | M67854-90-C-0038 | AAAV DEMVAL | 6/18/1998 | CPAF |
| | | | sub-total GDAMS | | |
| 2002 | Prime | DAAE07-90-E-A001 | LIMA FACILITIES | 3/22/94 | CR |
| 2002 | Prime | DAAE07-90-E-A001 | LIMA FACILITIES | 10/27/93 | CR |
| 2002 | Prime | DAAE07-96-C-X195 | 96-01 TECHNICAL SUPPORT | 9/25/96 | CPFF |
| 2002 | Prime | M67854-96-C-0038 | AAAV DEMVAL | 6/13/96 | CPAF |
| | | | sub-total GDLS | | |
| 2002 | Prime | M67854-96-C-0038 | AAAV DEMVAL | 6/13/1996 | CPAF |
| | | | sub-total GDAMS | | |

COMPANY SENSITIVE INFORMATION