# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * | |
| **GENERAL DYNAMICS LAND SYSTEMS, INC.,** | |
| **Plaintiff,** | **No. 05-270C** |
| **v.** | **Filed: August 22, 2005** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * * | |

## O R D E R

A status conference was held in the above-captioned case on August 15, 2005. During the conference, the parties discussed the several contracts involved in this case. Also during the conference, the defendant conceded liability as to a number of the contracts involved in plaintiff's complaint. For this reason, the court **ORDERED** the defendant to file, on or before **Monday, August 22, 2005**, a concession of liability in the contracts for which it concedes liability. On that same date, the court **ORDERED** the plaintiff to file a notice of dismissal as to the contracts which the plaintiff has agreed to dismiss from the above-captioned case as stated in the joint preliminary status report filed by the parties.

During the August 15, 2005 status conference, the parties agreed to pursue a possible negotiated settlement as to all or part of the case. On or before **Wednesday, September 7, 2005**, **at 12:00 p.m. EDT**, the parties shall submit a status report to the court addressing their attempts to settle this case. The parties shall provide a courtesy copy of their filing to chambers by hand delivery or facsimile no. 202-357-6586. To discuss the progress made by the parties, the court **ORDERS** the parties to appear at a status conference, on **Friday, September 9, 2005 at 2:30 p.m. EDT**. At this time, it is contemplated that counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel, Mr. Churchill, at 202-639-6000, and defendant's counsel, Mr. Kosloske, at 202-307-0282. In person attendance may be required depending on the contents of the status report.

Discovery in this case commenced as of the date of the status conference. In accordance with the schedule discussed by the parties, the parties shall provide initial disclosures on or before **Monday, August 22, 2005**. All discovery, other than discovery with respect to expert witnesses, shall be completed on or before **Wednesday, February 15, 2006**. All expert testimony disclosures required by the Rules of the Court of Federal

Claims (RCFC) 26(a)(2)(A),(B) shall be made no later than **Tuesday, April 11, 2006**. All expert testimony disclosures required by RCFC 26(a)(2(C) shall be made no later than, and discovery will close on **Friday, May 26, 2006**. On or before **Friday, June 2, 2006**, the parties shall file a joint status report indicating completion of discovery and proposing a schedule for future proceedings. A status conference will be scheduled upon receipt of the joint status report. No dispositive motions shall be filed by either party until after the status conference.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**