IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GENERAL DYNAMICS LAND SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-270C |
| v. | ) | |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's August 22, 2005 Order, plaintiff, General Dynamics Land Systems, Inc., and defendant, the United States, respectfully submit the following joint status report:

On September 1, 2005, following exchange of the initial disclosures required by RCFC 26(a)(1), counsel and other representatives of the parties had a face-to-face meeting to explore a settlement of this case. At the close of the meeting, the parties agreed to exchange settlement proposals on or before September 6, 2005. Plaintiff and defendant exchanged settlement proposals, without reaching an agreement upon a settlement. Plaintiff and defendant, however, have agreed to meet again on a date during the week of September 19-23, 2005, to continue to explore a settlement of this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ David A. Churchill
DAVID A. CHURCHILL
Jenner & Block L.L.P.
601 13th Street, N.W., Suite 1200 South
Washington, D.C. 20005
Tele: (202) 639-6000
(fax) (202) 637-6370

Attorney for Plaintiff

s/ John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax)(202) 514-8624

Attorneys for Defendant

SEPTEMBER 7, 2005