# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**GENERAL DYNAMICS LAND SYSTEMS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 05-270C**
**Filed: September 9, 2005**

## O R D E R

A status conference was held in the above-captioned case on September 9, 2005. During the conference, the parties stated that settlement discussions were progressing and that counsel for both parties intended to meet during the week of September 19-23, 2005 to continue discussions. To discuss future proceedings in this case, the court **ORDERS** the parties to appear at a status conference on **Friday, October 14, 2005 at 10:30 a.m. EDT**. Prior to the status conference, the parties shall consult so as to be able to propose a joint schedule for future proceedings. Unless otherwise notified, the court will contact plaintiff's counsel, Mr. Churchill, at 202-639-6000, and defendant's counsel, Mr. Kosloske, at 202-307-0282.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**