# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**GENERAL DYNAMICS LAND SYSTEMS, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 05-270C**
**Filed: October 14, 2005**

## O R D E R

A status conference was held in the above-captioned case on October 14, 2005. During the conference, the parties stated that the plaintiff shortly will provide the defendant with a formal settlement proposal in accordance with the settlement negotiations between counsel. The court applauds the parties for their efforts in working toward a settlement in this case. The parties further stated that once the agreement is approved, a joint motion for stipulated judgment in the case will be filed. In the event that a joint motion for stipulated judgment is not filed on or before November 18, 2005, the court **ORDERS** the parties to file a joint status report on or before **Friday, November 18, 2005**. The report shall address the parties' efforts at settling this case and the remaining issues, if any.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**