# In the United States Court of Federal Claims

| | |
|---|---|
| GENERAL DYNAMICS LAND SYSTEMS, INC., Plaintiff, v. UNITED STATES, Defendant. | No. 05-270C<br>Filed: November 15, 2005 |

## O R D E R

The court is in receipt of the parties' joint stipulation for entry of judgment, filed on November 15, 2005. In accordance with the terms of the joint stipulation submitted by the parties, the Clerk of the Court shall enter **JUDGMENT** for the plaintiff in the amount of $800,000.00, plus interest, pursuant to 41 U.S.C. § 611, calculated from November 7, 2003, to date of payment.

**IT IS SO ORDERED.**

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**