# In the United States Court of Federal Claims

**No. 05-270 C**

**GENERAL DYNAMICS LAND SYSTEMS, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed November 15, 2005, and the Order filed that same date,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $800,000.00, plus interest, pursuant to 41 U.S.C. §611, calculated from November 7, 2003, to date of payment.

Brian Bishop
Clerk of Court

**November 18, 2005** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.