United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

November 28, 2005

David Churchill, Esq.
Jenner & Block
601 13th Street, NW
12th Floor
Washington, DC 20005

In re: General Dynamics Land Systems, Inc. v. United States, No.05-270C

Dear Mr. Churchill:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated November 23, 2005, in favor of plaintiff in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade
Chief Deputy Clerk Operations

Enclosures

cc: John Edgar Kosloske, Esq.
Department of Justice